# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:06cr33-01

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| RYAN ALLEN SEQUOYAH. | ) | |
| _____ | ) | |

**THIS MATTER** coming on to be heard and being heard before the undersigned, pursuant to a motion to withdraw (#13) filed herein by the defendant's attorney, William E. Loose. This matter came on for hearing before the undersigned on February 7, 2007. At the hearing of the motion Mr. Loose advised the court that the defendant had told him that he had retained other counsel and that the defendant had then refused to discuss the case further with Mr. Loose. Upon inquiry by the court, the defendant stated that his mother and father had been attempting to retain counsel but that they had not completed the arrangements at the time of the hearing of the motion. The undersigned then determined to enter an order denying the motion of Mr. Loose but stated that if the defendant did retain counsel and a notice of appearance was filed by the retained attorney, that the court would allow Mr. Loose to withdraw. On February 10, 2007 a notice of appearance (#15) was filed by Rich Cassady, attorney of Sylva, NC. In the notice of appearance, the law firm of Williams & Cassady advised that they had been retained by the defendant and that that firm was going to represent the defendant.

Based thereon, the court has determined to allow the motion to withdraw of Mr.

Loose.

## ORDER

IT IS HEREBY **ORDERED** that the "Motion for Status of Counsel and for Withdrawal of Counsel" (#13) is hereby **ALLOWED** and that William E. Loose is allowed to withdraw as attorney for the defendant. It is further ordered that the defendant be taxed with the cost of his court appointed counsel.

Signed: February 16, 2007

Dennis L. Howell
United States Magistrate Judge