# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:06CR33

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| RYAN ALLEN SEQUOYAH ) | |

**THIS MATTER** is before the Court on the motion for admission *pro hac vice* of Robert O. Saunooke, to appear as counsel on behalf of Henry Allen Long, a minor, who is likely to be called as a witness during the trial of this matter. Attorney Charles R. Brewer, who is a member of the North Carolina Bar and this Court, has filed notice of his association with Mr. Saunooke and has agreed to accept service of any and all pleadings filed herein.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the motion is **ALLOWED**, and Robert O. Saunooke, is hereby granted special admission to the bar of this

Court upon the payment of the admission fee of **ONE HUNDRED DOLLARS ($100.00)** to the Clerk of this Court.

Signed: March 23, 2007

Lacy H. Thornburg
United States District Judge