# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Bryson City Division

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT OF ACQUITTAL |
| V. | |
| | CASE NUMBER: 2:06cr33-1 |
| RYAN ALLEN SEQUOYAH | |

The Court having dismissed counts two and three, the jury having found the defendant not guilty of count one, and by instruction of the Court the defendant could not be found guilty of count four if found not guilty of count one,

IT IS ORDERED AND ADJUDGED that the defendant is acquitted, discharged and any bond exonerated.

Signed: April 5, 2007

Lacy H. Thornburg
United States District Judge